UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Crim. No. 09-114

       v.             : Hon. Stanley R. Chesler

ALBERTO RODRIGUEZ, JR. : <u>UNSEALING ORDER</u>

This matter having come before the Court on the application of the United States of America (Randall Cook, Assistant U.S. Attorney, appearing) for an order that the Indictment and all other documents filed in the above-captioned matter be unsealed; and the Indictment and all other documents having become unsealed by virtue of the arrest of the defendant; and for good cause shown,

IT IS ON this 17 day of March, 2009,

ORDERED that the Indictment and all other documents filed in the above-captioned matter is unsealed.

                                         HON. STANLEY R. CHESLER
                                         UNITED STATES DISTRICT JUDGE